Jay T. Jambeck, SBN # 226018
*jjambeck@leighlawgroup.com*
Mandy G. Leigh, SBN # 225748
*mleigh@leighlawgroup.com*
Damien B. Troutman, SBN # 286616
*dtroutman@leighlawgroup.com*
**LEIGH LAW GROUP, P.C.**
582 Market Street, Suite 905
San Francisco, CA 94104
Telephone: 415-399-9155
Facsimile: 415-795-3733

Attorneys for Plaintiff
C.T., a minor, by and through her Guardians ad Litem JEREMY and DAISY TEMPLETON

Katherine A. Alberts, Esq. (SBN: 212825)
**LEONE ALBERTS & DUUS, APC**
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Tel: (925) 974-8600
Fax: (925) 974-8601
E-mail: *kalberts@leonealberts.com*

Attorney for Defendant
OAKLEY UNION ELEMENTARY SCHOOL DISTRICT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.T., a minor, by and through her Guardians ad Litem, JEREMY and DAISY TEMPLETON,<br><br>Plaintiff,<br><br>v.<br><br>OAKLEY UNION ELEMENTARY SCHOOL DISTRICT; DOES 1-30, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-09507-DMR<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)**<br><br>**Date**: April 2, 2025<br>**Time**: 1:30 PM<br>**Location**: Oakland Courthouse, Courtroom 4 (3rd Floor), 1301 Clay Street, Oakland, CA 94612<br>**Judge**: Hon. Donna M. Ryu<br><br>**Complaint filed**: December 30, 2024 **Trial Date**: Not yet set |

1
JOINT STIPULATION TO CONTINUE; ORDERN (AS MODIFIED)   CASE NO.: 3:24-CV-09507-DMR

The parties, by and through their respective attorneys of record, submit the following and hereby stipulate and agree as follows:

1. On December 30, 2024, Plaintiff C.T. and her Parents, JEREMY ("Mr. Templeton") and DAISY TEMPLETON ("Mrs. Templeton") (collectively, "Parents"; together with C.T., "Plaintiff"), through their undersigned counsel, filed the instant action.

2. On March 10, 2025, to reduce litigation costs, Plaintiff's counsel reached out to the undersigned counsel for Defendant OAKLEY UNION ELEMENTARY SCHOOL DISTRICT ("Defendant," "District," or "OUESD") to determine whether she would agree to a Waiver of the Service of Summons.

3. On March 20, 2025, Defendant's undersigned counsel agreed to do so and executed the Waiver of the Service of Summons, which was filed with the Court on March 24, 2025.

4. Defendant's deadline to file a responsive pleading is May 9, 2025.

5. Accordingly, to avoid any prejudice to Defendant, the Parties hereby stipulate and request that the Court continue the April 2, 2025 Case Management Conference (and all associated deadlines in the December 31, 2024 Scheduling Order (Dkt. # 3) by 90 calendar days—i.e., no sooner than July 1, 2025.

**IT IS SO STIPULATED.**

Dated: March 25, 2025                                        **LEIGH LAW GROUP, P.C.**

                                                                            */s/ Damien B. Troutman*
                                                                            DAMIEN B. TROUTMAN
                                                                            Attorney for Plaintiff

Dated: March 25, 2025                                        **LEONE ALBERTS & DUUS, APC**

                                                                            */s/ Katherine A. Alberts*
                                                                            KATHERINE A. ALBERTS
                                                                            Attorney for Defendant

**ORDER (AS MODIFIED)**

Having considered the parties' stipulation, the Court finds good cause to continue the Initial Case Management Conference set for April 2, 2025 at 1:30 p.m. to July 2, 2025 at 1:30 p.m. in Oakland, by Videoconference only. Parties shall file an updated Joint Case Management Conference Statement by June 25, 2025. All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr.**

IT IS SO ORDERED AS MODIFIED.

Dated: March 26, 2025



_____
HON. DONNA M. RYU
Chief Magistrate Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I declare that I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 582 Market Street, Suite 905, San Francisco, CA 94104. On this day, I caused the foregoing Document(s) to be served:

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

[**X**]   (VIA E-MAIL) I caused such document to be transmitted via e-mail from dtroutman@leighlawgroup.com to the e-mail address listed below. The document transmission was successful and complete.

Katherine A. Alberts, Esq.
**LEONE ALBERTS & DUUS, APC**
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
E-mail: kalberts@leonealberts.com
E-mail: service@leonealberts.com

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, California, on this date, March 25, 2025.

*/s/ Damien B. Troutman*
DAMIEN B. TROUTMAN